UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA GRIFFIN,

    Plaintiff,

v.                                                             Case No. 12-14398

CHRISTENE M. RICHTER, et al.,

    Defendants.
                                                            /

**ORDER DISMISSING THE ACTION FOR FAILURE TO PROSECUTE**

During an October 24, 2012, status conference attended by *pro se* Plaintiff Linda Griffin, one of Defendants said it intended to move to dismiss the action. The court stated that Defendant had until October 31 to submit its motion and that Plaintiff had until November 30 to submit a response. Both deadlines appear on the docket. (Oct. 24, 2012, Minute Entry.) Defendant submitted its motion on October 30, but, more than six weeks after Plaintiff's November 30 deadline, no response appears. The other Defendants submitted motions to dismiss on November 9 and November 13, but, again, no response appears.

Despite receiving, at the status conference, reasonable notice of her duty to act, *see* E.D. Mich. LR 41.2, Plaintiff remains absent. Accordingly,

    IT IS ORDERED that this action is DISMISSED for failure to prosecute.

                                                      s/Robert H. Cleland
                                                     ROBERT H. CLELAND
                                                     UNITED STATES DISTRICT JUDGE

Dated: January 17, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 17, 2013, by electronic and/or ordinary mail.

                                           s/Lisa Wagner
                                           Case Manager and Deputy Clerk
                                           (313) 234-5522